UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: **1126CR 001** |
| Plaintiff, | : | JUDGE **J. COLE** |
| v. | : | INDICTMENT |
| WILLIAM DAVENPORT DEFOOR, | : | 18 U.S.C. § 111(a)(1) |
| | : | 18 U.S.C. § 1361 |
| Defendant. | : | 18 U.S.C. § 1752(a)(4) |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**(Act of Physical Violence Against Person**
**or Property in Restricted Building or Grounds)**

On or about January 5, 2026, in the Southern District of Ohio, the defendant, WILLIAM DAVENPORT DEFOOR, knowingly engaged in an act of physical violence against a restricted building and grounds, that is, any posted, cordoned off, and otherwise restricted area where a person protected by the Secret Service, to wit: the Vice President of the United States of America was and would be temporarily visiting, and did use and carry a deadly and dangerous weapon which resulted in damage to the restricted building.

**In violation of 18 U.S.C. § 1752(a)(4) and (b)(1)(A).**

**COUNT TWO**
**(Willful Injury or Depredation of Property of the United States)**

On or about January 5, 2026, in the Southern District of Ohio, the defendant, WILLIAM DAVENPORT DEFOOR, willfully and by means of the use of a deadly and dangerous weapon, did injure and commit a depredation against property of the United States and of the United States

Secret Service, specifically a government owned unmarked police vehicle and enhanced security assets, and the resulting damage was in excess of $1,000.00.

**In violation of 18 U.S.C. § 1361.**

## COUNT THREE
### (Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 5, 2026, in the Southern District of Ohio, the defendant, WILLIAM DAVENPORT DEFOOR, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: a Special Agent with the United States Secret Service who was engaged in official duties, while armed with a dangerous weapon.

**In violation of 18 U.S.C. § 111(a)(1) and (b).**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count Two of this Indictment, the defendant, WILLIAM DAVENPORT DEFOOR, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

A True Bill.

/S/

Grand Jury Foreperson

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**CHRISTY L. MUNCY**
**TIMOTHY S. MANGAN**
**Assistant United States Attorneys**