Freedom is a cage
and all the world's a stage
As far as I can tell
You don't know me very well
I like to read, I like to eat
I like to dance and move my feet
I thought you were my only friend
But now you'll never see me again!

GOVERNMENT EXHIBIT
10