**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,** **Case No. 1:26-cr-1**

**v.** **JUDGE DOUGLAS R. COLE**

**WILLIAM DAVENPORT DEFOOR,**

**Defendant.**

**CHANGE OF PLEA**

Christy Muncy appeared for the Government.

Defendant appeared with counsel Paul Laufman.

Defendant specifically advised of rights.

Plea Agreement summarized by AUSA Christy Muncy.

Statement of Facts read by AUSA Christy Muncy.

Defendant entered a plea of GUILTY to Counts 1 and 2 of the Indictment.

Court accepts Defendant's plea of Guilty.

Referred to Probation Department for Presentence Report.

Defendant remanded to custody of the U.S. Marshal.

**Judge:** **Douglas R. Cole**

**Courtroom Deputy:** **Scott Lang/Melissa Saddler**

**Court Reporter:** **Caryl Blevins**

**Date:** **September 1, 2026**